# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

140492

STOUT TOOL CORPORATION,
     Plaintiff-Appellant,

v

BARRY KANE and MILLER, JOHNSON,
SNELL & CUMMISKEY,
     Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140492
COA: 291996
Kent CC: 06-005059-NM

On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

0920

                                          Clerk